UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DEBRA M. HOLWERDA, | Case No. 1:10-cv-46 |
| Plaintiff, | HONORABLE PAUL L. MALONEY |
| v. | Magistrate Judge Joseph G. Scoville |
| WARNER LAW FIRM, | |
| Defendant. | |

## **JUDGMENT**

Final judgment is entered in favor of defendant and against plaintiff on the federal Fair Credit Reporting Act claim.

**IT IS SO ORDERED** this   22nd   day of February 2010.

_____
/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge