UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DEBRA M. HOLWERDA,

    Plaintiff,                               HONORABLE PAUL L. MALONEY

v.                                            Case No. 1:10-cv-46

WARNER LAW FIRM,

    Defendant.
_____/

## ORDER REJECTING DOCUMENT

The Court has examined the document received April 14, 2010, and orders the Clerk to reject the motion seeking intervention by the Court regarding garnishments and liens against her property (in letter form) (document number 8) for the reason that this case is closed.

**IT IS SO ORDERED**.


Date: May 28, 2010                                            /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 Chief United States District Judge